Brookson Distillers, Inc., Appellee, v. United States Casualty Company, Appellant.

Gen. No. 42,043.

Heard in first division, first district, this court at December term, 1941; opinion filed July 1, 1942. Burt A. Crowe, for appellant; Carl E. Abrahamson, of counsel; Samuel Wexler and Cohon & Goldstein, for appellee. Opinion by JUSTICE McSURELY. "Not to be published in full."